LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-06523-BRO (MRWx) | Date | January 22, 2016 |
|---|---|---|---|
| Title | IGOR SHABANETS ET AL. V. KARENTA, LLC ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On December 21, 2015, the Court denied Plaintiffs Igor Shabanets and East West Meat Trading, LLC's ("Plaintiffs") Request for Entry of Default against Defendants Karenta, LLC, Dmitry Raskazov, Sergy Basylev, and Albert Popov (collectively, "Defendants"). (Dkt. No. 13 at 9.) The Court concluded that Plaintiffs failed to properly serve Defendants pursuant to Federal Rule of Civil Procedure 4. (*Id.*) Accordingly, the Court ordered Plaintiffs to complete effective service on Defendants no later than Monday, January 11, 2016. (*Id.*) However, to date, Plaintiffs have not filed Proofs of Service indicating that they timely served Defendants pursuant to the Court's Order.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** as to why this case should not be dismissed for lack of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (explaining that the court has inherent power to dismiss for lack of prosecution on its own motion "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"). Plaintiffs must respond to this Order no later than **Monday, February 1, 2016, at 4:00 p.m.** Plaintiffs can satisfy this Order by filing Proofs of Service that indicate they served Defendants by January 11, 2016, or by showing good cause for their failure to do so. **Failure to timely respond to this order will be deemed consent to the dismissal of the action**.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |