JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | **CV 15-06523-BRO (MRWx)** | Date | March 28, 2016 |
|---|---|---|---|
| Title | **Igor Shabanets et al v. Karenta, LLC. et al** | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)
**ORDER RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with this Court on August 26, 2015 (Dkt. No. 1)

On January 1, 2015, the Court issued an Order to Show Cause Re Lack of Prosecution  in light of the Plaintiff's apparent failure to effectively serve defendants. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than February 1, 2016 (Dkt. No. 15).   On February 1, 2016, plaintiff filed a Motion to Continue the Order to Show Cause Hearing and Declaration of Edward Shkolnikov (Dkt. No. 16).  The court granted the requested extension and ORDERED Plaintiff to respond to the Order to Show Cause, no later than Monday, March 22, 2016, at 4:00 p.m.   The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time

To date, however, no Proof of Service or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |